UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TABLEMAX IP HOLDINGS, INC., a Nevada corporation; TABLEMAX GAMIN, INC., a Nevada corporation; and VEGAS AMUSEMENT, INC., a South Carolina corporation,<br><br>Plaintiff,<br>v.<br><br>SHFL ENTERTAINMENT, INC., a Minnesota corporation,<br><br>Defendants. | Case No. 2:09-cv-01519-MMD-PAL<br><br>ORDER |

The Court has reviewed the Joint Response of the Parties to the Court's Order to Show Cause Why the Stay Should Continue (dkt. no. 125). The stay is lifted with respect to any claims and counterclaims relating to the following three patents: U.S. Patent No. 5,688,174; U.S. Patent No. 7,575,512; and U.S. Patent No. 6,921,337. The parties are ordered to submit a stipulation and order for dismissal of these claims within seven (7) days. The Court finds good cause exists to support a continuing stay of the case with respect to any claims relating to U.S. Patent No. 7,201,661 until resolution of plaintiff TableMax's appeal of the USPTO's Final Rejection of said patent. The continuing stay is subject to the Court's reporting requirements established in the November 15, 2010, Order (dkt. no. 86).

DATED THIS 6th day of June 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE